AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Jose Carlos Duarte

V.

Pub 106, Inc. and Dana Colby

**SUMMONS IN A CIVIL CASE**

05 - 11725 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

Pub 106, Inc.
650 Plymouth Street
East Bridgewater, MA   02333

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shannon Liss-Riordan, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA   02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

AUG 2 2 2005

DATE

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
Plymouth, ss.

August 26, 2005

I hereby certify and return that on 8/24/2005 at 5:34PM I served a true and attested copy of the summons and complaint with jury demand in this action in the following manner: To wit, by delivering in hand to Dana H. Colby, Jr., agent, person in charge at the time of service for Pub 106, Inc., at 650 Plymouth Street, East Bridgewater, MA 02333. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40) Total Charges $51.90

AUG 29 2005

_(signature)_
Deputy Sheriff

Deputy Sheriff William J. Carpenito

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.