UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11725-WGY

Jose Carlos Duarte
Plaintiff

v.

Dana H. Colby
Defendant

NOTICE OF DEFAULT

    Upon application of the Plaintiff, Jose Carlos Duarte, for an order of Default for failure of the Defendants, Dana H. Colby, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted on January 6, 2006.

Sarah A. Thornton,
Clerk

By:     Matthew A. Paine
        Deputy Clerk

Notice mailed to counsel of record and defendants.