UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE CARLOS DUARTE,<br><br>                Plaintiff,<br><br>        v.<br><br>PUB 106, INC., AND DANA COLBY,<br><br>                Defendants. | **Civil Action No.**<br>**05-11725** |

### DEFAULT JUDGMENT

William G. Young, D.J.

Defendants Pub 106, Inc., and Dana Colby having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $22,384.98, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $5,337.90.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendants Pub 106, Inc., and Dana Colby the principal amount of $22,384.98, with costs and attorney's fees in the amount of $5,337.90, for a total judgment of $27,722.88 plus interest as provided by law.

By the Court,

Dated: 4-20-06

Elizabeth Smith
Deputy Clerk

Note: The post judgment interest rate effective this date is 4.77%.