**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab**

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

April 25, 2006

**VIA ELECTRONIC FILING**
The Honorable William G. Young
Chief Judge, United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

      RE:   *Jose Carlos Duarte v. Pub 106, Inc. and Dana Colby*
             USDC Civil Action No. 05-11725

Dear Judge Young:

      On April 20, 2006, this Court issued a default judgment against the defendants in the above-entitled matter in the amount of $27,722.88. I write to request that the Court order that the parties attend a conference in this matter in order to discuss the defendants' obligations pursuant to the Court's default judgment. I believe that a conference with the Court would be the most efficient method to ensure that the defendants comply with the judgment.

      Holding such a conference is unquestionably within the Court's authority. Federal courts have the inherent power to enforce their judgments. *Peacock v. Thomas*, 516 U.S. 349, 356 (1996). This power must also extend to requiring attendance at conferences when such conferences will assist in the enforcement of the court's judgments and the orderly disposition of the court's cases. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (Federal courts are vested with the inherent authority "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Alameda v. Secretary of Health, Ed. and Welfare*, 622 F.2d 1044, 1047 (1st Cir. 1980) (District courts have the inherent "authority to require oral argument and attendance at conferences.").

74

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

     In this case, one conference with the Court could well save the Plaintiff months of effort in attempting to enforce the default judgment. Accordingly, I respectfully request that the Court exercise its authority to issue an order requiring the parties to attend a conference in this matter to discuss defendants' obligations pursuant to the default judgment entered by the Court and to effect defendants' compliance with that judgment.

Sincerely,

Shannon Liss-Riordan

Cc:   Dana Colby and Pub 106, Inc.
       650 Plymouth Street
       East Bridgewater, MA 02333