UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE CARLOS DUARTE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PUB 106, INC. and DANA COLBY, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 05-11725-WGY |

## ORDER TO APPEAR

Pub 106, Inc. and Dana Colby are ORDERED to appear before the undersigned United States Magistrate Judge at the following time and place:

Wednesday, June 28, 2006, at 10:30 A.M.

U.S. District Court
One Courthouse Way
Courtroom #15, 5th Floor
Boston, MA 02210

regarding their obligations pursuant to the default judgment in the amount of $27,722.99 entered against them on April 20, 2006.

IT IS FURTHER ORDERED that the plaintiff shall serve this order FORTHWITH on the defendants.

```
                                                / s / Judith Gail Dein
                                               Judith Gail Dein
DATED:  June 8, 2006                           United States Magistrate Judge
```