UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOSE CARLOS DUARTE, * | |
|     Plaintiff * | |
| * | |
| V. * | CIVIL ACTION |
| * | NO. 05-11725-WGY |
| PUB 106 INC. and * | |
| DANA COLBY, * | |
|     Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF APPEARANCE

    NOW comes Donald J. Kaiser and enters his appearance of behalf of Pub 106 Inc. and Dana Colby in the above captioned matter.

        Respectfully submitted
        DANA COLBY and PUB 106, INC.
        By their attorney,

        /s/ Donald J. Kaiser

        Donald J. Kaiser
        REED, ADAMI and KAISER, P.C.
        1325 Belmont Street
        Brockton, MA. 02301
        (508) 587-1800
        BBO # 256680