UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSE CARLOS DUARTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-11725-WGY |
| PUB 106, INC. and DANA COLBY, | ) | |
| | ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

Following a status conference held today before this court, it is hereby ORDERED as follows:

1. The defendants shall file any motion to remove the default judgment against them by **July 21, 2006**.

2. A hearing on the defendants' motion to remove the default judgment shall be held on **August 8, 2006 at 3:15 p.m.** in Courtroom #15 on the 5th floor.

3. The parties shall notify the court as to whether they will be available following the hearing for mediation pursuant to the court's alternative dispute resolution program. If not, alternative dates shall be provided to the court.

       / s / Judith Gail Dein
       Judith Gail Dein
       United States Magistrate Judge

Dated: July 12, 2006