## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

JOSE CARLOS DUARTE,                          )
                                             )
                    Plaintiff,               )
                                             )          Civil Action No.
              v.                             )          05-11725
                                             )
PUB 106, INC., AND DANA COLBY,               )
                                             )
                    Defendants.              )
_____    )

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
### TO SET ASIDE DEFAULT JUDGMENT

Plaintiff requests that this Court deny Defendants' Motion to Set Aside Default Judgment because they have not met the "demanding standard" of Rules 55(c) and 60(b) of the Federal Rules of Civil Procedure. See United States v. $23,000 in Currency, 356 F.3d 157, 164 (1st Cir. 2004). Specifically, as discussed below, Defendants cannot show "excusable neglect" in their failure to engage in this litigation at all for almost one year. Id. Respectfully, Plaintiff submits that Defendants' claim that they did not become aware of the case until June 2006 is not credible.

### BACKGROUND

The relevant facts are as follows:

1.      Plaintiff's counsel sent a letter to Defendant Dana Colby with a draft of a federal court complaint in June 2005. Ex. A.

2.      Mr. Colby called Plaintiff's counsel in response to this letter, and the parties engaged in settlement negotiations. Ex. B.

3.      Because the parties were unable to resolve the matter, Plaintiff's counsel filed a complaint in federal court.

4.      Plaintiff's counsel then arranged that the complaint be served on the Defendants at the address listed with the Massachusetts Secretary of the Commonwealth, 650 Plymouth Street, East Bridgewater, Massachusetts 02333.  Exs. C, D.

5.      Plaintiff's counsel directed the Plymouth County Sheriff to serve the complaint on a Dana H. Colby Jr. at the above address because Defendant Colby's name was listed with the Massachusetts Secretary of the Commonwealth as "Dana H. Colby Jr."  Ex. D.

6.      In fact, Mr. Colby's name is listed as "Dana H. Colby Jr." with the Massachusetts Secretary of the Commonwealth in connection with several corporations in which he has an interest.  Ex. E.

7.      The return of service indicates that the complaint was served on Mr. Colby in person on August 29, 2005.  Ex. F.

ARGUMENT

In light of the information set forth above, it is simply not credible that Mr. Colby did not receive notice of this lawsuit until June 2006.  He received correspondence from Plaintiff's counsel stating that Plaintiff intended to file a federal court complaint, he engaged in settlement discussions with Plaintiff's counsel, and the complaint was served on him at the corporate address for Pub 106 listed with the Secretary for the Commonwealth.  Moreover, because Pub 106 has listed Mr. Colby as "Dana H. Colby

Jr." with the Secretary of the Commonwealth, Defendants' argument that service was made on a nonexistent person is unavailing.

CONCLUSION

Defendants have failed to participate in this litigation for the past year, during which time the Court has entered final judgment in favor of Plaintiff on his lost wages claim. Plaintiff's claim is well documented, and the Court's judgment is supported by the evidence presented by Plaintiff in support of the default. Plaintiff respectfully requests that this Court prevent any further delay in Plaintiff's recovery of the lost wages owed to him and deny Defendants' motion to set aside the default judgment.

Respectfully submitted,

JOSE CARLOS DUARTE,
By his attorneys,


 s/Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
Hillary Schwab, BBO #(pending)
PYLE, ROME, LICHTEN, EHRENBERG
& LISS-RIORDAN, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Dated:  August 4, 2006          (617) 367-7200


CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2006, a copy of the above document was served by electronic filing on Donald J. Kaiser, Esq., Reed Adami & Kaiser, 1325 Belmont Street, Brockton, Massachusetts 02301-4401, counsel for Defendants Pub 106, Inc., and Dana Colby.


 s/Hillary Schwab
Hillary Schwab, Esq.

# EXHIBIT A

## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
OF COUNSEL

Telephone (617) 367-7200
Fax (617) 367-4820

June 6, 2005

Dana Colby
Pub 106, Inc.
1300 Plymouth Street
East Bridgewater, MA 02333

Dear Mr. Colby:

I have been retained by Jose Carlos Duarte, who was, as you know, until recently employed at Pub 106. I understand that Mr. Duarte was never paid time-and-a-half for overtime hours that he worked, although he routinely worked much more than forty hours per week. Enclosed is a copy of a complaint that I intend to file on Mr. Duarte's behalf in federal court. If, however, you or your legal counsel would like to discuss this with me and try to resolve this complaint before I file the case, please call me or Attorney Stephen Young by June 20, 2005.

Sincerely,

Shannon Liss-Riordan /BL

Shannon Liss-Riordan

Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE CARLOS DUARTE, )<br><br>Plaintiff, )<br><br>v. )<br><br>PUB 106, INC., AND DANA COLBY, )<br><br>Defendants. ) | )<br>)<br>)<br>)<br>) **JURY DEMANDED**<br>)<br>)<br>)<br>) |

**COMPLAINT**

1. **INTRODUCTION**

This is an action for the defendants' failure to pay overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq. As set forth below, Plaintiff Jose Carlos Duarte worked in the kitchen at Defendants' restaurant Pub 106 from June 2000 until March 2005. Throughout his employment, Plaintiff routinely worked much more than forty hours per week. However, he was paid his regular base rate of pay for all hours worked and was not paid time-and-a-half for his overtime hours. In this action, Plaintiff now seeks reimbursement for his unpaid overtime wages, as well as liquidated damages, attorneys' fees, and costs, all as provided for by law.

## II.    PARTIES

1.    Plaintiff Jose Carlos Duarte is an adult resident of Brockton, Massachusetts.  Plaintiff was employed by Defendants from approximately June 2000 until March 2005.

2.    Defendant Pub 106, Inc., is a Massachusetts corporation that operates a restaurant located at 1300 Plymouth Street in East Bridgewater, Massachusetts.

3.    Defendant Dana Colby is an adult resident of East Bridgewater, Massachusetts, and is an owner and officer of Pub 106, Inc., and was Plaintiff's employer.

## III.    STATEMENT OF FACTS

4.    Plaintiff worked at Pub 106, Inc., from June 2000 until March 2005.

5.    Plaintiff worked primarily in the kitchen, and his duties included washing dishes, cooking, and cleaning.

6.    Plaintiff was a non-exempt employee who is entitled to overtime compensation under the FLSA for hours worked over forty hours per week.

7.    Throughout his employment at Pub 106, Inc., Plaintiff routinely worked much more than forty hours per week, often as much as seventy to one hundred hours per week.

8.    Plaintiff's regular base rate of pay began at $7 per hour when he first started working at Pub 106, Inc. By approximately 2001, it had risen to $8

2

per hour, and by the time his employment ended in March 2005, it was $9 per hour.

9.    Plaintiff received only his regular base rate of pay for all hours worked, including those over forty per week.  He did not receive time-and-a-half for his overtime hours.

10.    For each week of Plaintiff's employment at Pub 106, Inc., Defendants issued Plaintiff a paycheck showing his total hours worked and calculating his pay at straight time for all hours worked, including those over forty per week.

11.    The defendants' failure to pay Plaintiff time-and-a-half for his overtime hours was a willful violation of the FLSA.


## COUNT I

### FAIR LABOR STANDARDS ACT

Defendants' knowing and willful failure to pay Plaintiff overtime compensation to which he was entitled violates the federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*


### JURY DEMAND

Plaintiff requests a trial by jury on his claim.

3

WHEREFORE, Plaintiff requests that this Court enter the following relief:

1.    Unpaid overtime compensation;

2.    Liquidated damages;

3.    Attorneys' fees and costs; and

4.    Any other relief to which Plaintiff may be entitled.


Respectfully submitted,

JOSE CARLOS DUARTE,
By his attorney,


_____
Shannon Liss-Riordan, BBO #640716
PYLE, ROME, LICHTEN, EHRENBERG
      & LISS-RIORDAN, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated:        June __, 2005

**EXHIBIT B**

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

Attorneys at Law

18 Tremont Street, Suite 500

Boston, MA 02108

Tod A. Cochran
OF COUNSEL

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault

Telephone (617) 367-7200
Fax (617) 367-4820

*Also admitted in Maine
**Also admitted in New York

August 2, 2005

Dana Colby
Pub 106, Inc.
1300 Plymouth Street
East Bridgewater, MA 02333

Dear Mr. Colby:

As you requested in our last telephone conversation, I am writing to explain the basis of our suggested settlement offer of $20,000 to settle the wage claims of my client Jose Carlos Duarte. As we explained in our previous letter, we understand that Mr. Duarte was never paid time-and-a-half for his overtime hours. Mr. Duarte kept all of his pay stubs, and according to the hours indicated on them, he is owed roughly $12,000 in unpaid overtime for the past three years, the statutory period. However, if Mr. Duarte pursues this matter in court, he could be awarded double damages for his claims, i.e., as much as $24,000, as well as attorneys' fees, costs, and any other relief that the court deems appropriate. We remain willing to discuss this case with you to determine whether it can be resolved without the need to file it in court, and we propose that $20,000 would be a fair amount to settle this matter without litigation.

Please inform me of your response to this demand by next Thursday, August 11. I will hold off on filing the complaint until then, while I wait to hear from you.

Sincerely,

Stephen Young, Esq.

# EXHIBIT C

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault

*Also admitted in Maine
**Also admitted in New York

Telephone (617) 367-7200
Fax (617) 367-4820

Tod A. Cochran
OF COUNSEL

August 23, 2005

Plymouth County Sheriff's Office
Civil Process Office
22 Cottage Street
P.O. Box 1663
Brockton, MA 02303

Re:   Jose Carlos Duarte v. Pub 106, Inc., and Dana Colby
      USDC Case No. 05-11725 WGY

Dear Sir or Madam:

Enclosed in connection with the above-referenced matter, please find two Summonses and copies of the Complaint, to be served in hand upon:

Dana H. Colby, Jr., President

and   Pub 106, Inc.
      650 Plymouth Street
      East Bridgewater, MA 02333

Please have these documents served at your earliest convenience and return proof of service along with your bill for same.

Thank you for your assistance in this matter. Please do not hesitate to call if you have any questions.

Very truly yours,

Jo Fletcher
For Stephen Young

Enclosures

**EXHIBIT D**



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
. Telephone: (617) 727-9640

---

*PUB 106, INC.* **Summary Screen**

<span style="float:right">Help with this form</span>

| Request a Certificate |
|---|

The exact name of the Domestic Profit Corporation: <u>PUB 106, INC.</u>

Entity Type: <u>Domestic Profit Corporation</u>

Identification Number: <u>043250729</u>

Old Federal Employer Identification Number (Old FEIN): <u>000474688</u>

Date of Organization in Massachusetts: <u>08/29/1994</u>

Current Fiscal Month / Day: <u>12 / 31</u>        Previous Fiscal Month / Day: <u>00 / 00</u>

The location of its principal office in Massachusetts:
No. and Street: <u>650 PLYMOUTH ST.</u>
City or Town: <u>EAST BRIDGEWATER</u>     State: <u>MA</u>     Zip: <u>02333</u>     Country: <u>USA</u>

If the business entity is organized wholly to do business outside Massachusetts, the location of that office:
No. and Street:
City or Town:        State:        Zip:        Country:

The name and address of the Registered Agent:
Name:
No. and Street:
City or Town:        State:        Zip:        Country:

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA<br>650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |
| TREASURER | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA<br>650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |

| SECRETARY | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares    Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent          __ Manufacturer          __ Confidential Data          __ Does Not Require Annual Report

__ Partnership      __ Resident Agent        __ For Profit                   __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[ View Filings ]     [ New Search ]

| Comments |
|---|
| |

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help

# EXHIBIT E

Case 1:05-cv-11725-JGD   Document 20-6   Filed 08/04/2006   Page 2 of 7



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

---

*HILLTOP REALTY CORP.* Summary Screen                 ? Help with this form

| Request a Certificate |
| --- |

**The exact name of the Domestic Profit Corporation:** HILLTOP REALTY CORP.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 043142092

**Old Federal Employer Identification Number (Old FEIN):** 000370687

**Date of Organization in Massachusetts:** 08/21/1991

**Current Fiscal Month / Day:** 12 / 31          **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:   650 PLYMOUTH ST.
City or Town:   EAST BRIDGEWATER       State: MA     Zip: 02333    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:       State:       Zip:       Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:       State:       Zip:       Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
| --- | --- | --- | --- |
| PRESIDENT | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |
| TREASURER | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |
| SECRETARY | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |

| DIRECTOR | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding Num of Shares |
| | | Num of Shares | Total Par Value | Num of Shares |
|---|---|---|---|---|
| PNP | $0.00000 | 100 | $0.00 | 100 |

__ Consent    __ Manufacturer    __ Confidential Data    __ Does Not Require Annual Report

__ Partnership    __ Resident Agent    __ For Profit    __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[ View Filings ]    [ New Search ]

| Comments |
|---|
| |

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

---

*CRESCENT RIDGE DEVELOPMENT CORP.* **Summary Screen**

[?] Help with this form

[ Request a Certificate ]

**The exact name of the Domestic Profit Corporation:** CRESCENT RIDGE DEVELOPMENT CORP.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 043160113

**Old Federal Employer Identification Number (Old FEIN):** 000388664

**Date of Organization in Massachusetts:** 03/18/1992

**Current Fiscal Month / Day:** 12 / 31          **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street: 650 PLYMOUTH ST.
City or Town: EAST BRIDGWATER        State: MA      Zip: 02333      Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:                  State:          Zip:          Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:                  State:          Zip:          Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA<br>650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |
| TREASURER | JEREMY J. REDDER | 10 JEAN TERRACE, EAST BRIDGEWATER, MA 02333 USA<br>10 JEAN TERRACE, EAST BRIDGEWATER, MA 02333 USA | |
| SECRETARY | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA<br>650 PLYMOUTH ST., EAST | |

| | | BRIDGEWATER, MA 02333 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares    Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent        __ Manufacturer        __ Confidential Data        __ Does Not Require Annual Report

**X** Partnership        __ Resident Agent        **X** For Profit        __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[ View Filings ]        [ New Search ]

| **Comments** |
|---|
| |

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-
1512
Telephone: (617) 727-9640

---

**PUB 106, INC. Summary Screen**

Help with this form

| Request a Certificate |
|---|

**The exact name of the Domestic Profit Corporation:** PUB 106, INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 043250729

**Old Federal Employer Identification Number (Old FEIN):** 000474688

**Date of Organization in Massachusetts:** 08/29/1994

**Current Fiscal Month / Day:** 12 / 31      **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:    650 PLYMOUTH ST.
City or Town:    EAST BRIDGEWATER    State: MA    Zip: 02333    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:    State:    Zip:    Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA<br>650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |
| TREASURER | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA<br>650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |
| SECRETARY | DANA H. COLBY JR. | 650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA<br>650 PLYMOUTH ST., EAST BRIDGEWATER, MA 02333 USA | |

| business entity stock is publicly traded:    __ |
|---|

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares      Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent    __ Manufacturer    __ Confidential Data    __ Does Not Require Annual Report

__ Partnership    __ Resident Agent    __ For Profit    __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[ View Filings ]    [ New Search ]

| Comments |
|---|
| |

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

?
Help

# EXHIBIT F

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Jose Carlos Duarte

V.

Pub 106, Inc. and Dana Colby

### SUMMONS IN A CIVIL CASE

## 05 - 11725 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

Pub 106, Inc.
650 Plymouth Street
East Bridgewater, MA   02333

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shannon Liss-Riordan, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA   02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 2 2 2005

CLERK                                                DATE

(By) DEPUTY CLERK

**Plymouth County** ‌‌riff's Department • P.O. Box 1663 • Broc‌‌on, MA 02303 • 508-580-2110
*Plymouth, ss.*

August 26, 2005

I hereby certify and return that on 8/24/2005 at 5:34PM I served a true and attested copy of the summons and complaint with jury demand in this action in the following manner: To wit, by delivering in hand to Dana H. Colby, Jr., agent, person in charge at the time of service for Pub 106, Inc., at , 650 Plymouth Street,  East Bridgewater, MA 02333. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40) Total Charges $51.90

AUG 2 9 2005

Deputy Sheriff   William J. Carpenito

*Deputy Sheriff*

☐ ‌Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                    *Signature of Server*


                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Jose Carlos Duarte

V.

Pub 106, Inc. and Dana Colby

**SUMMONS IN A CIVIL CASE**

# 05 - 11725 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

Dana H. Colby, President of Pub 106, Inc.
650 Plymouth Street
East Bridgewater, MA  02333

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shannon Liss-Riordan, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



ARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

AUG 2 2 2005

DATE

**Plymouth County** Sheriff's **Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

August 26, 2005

I hereby certify and return that on 8/24/2005 at 5:34PM I served a true and attested copy of the summons and complaint with jury demand in this action in the following manner: To wit, by delivering in hand to Dana H. Colby, Jr. at , 650 Plymouth Street,  East Bridgewater, MA 02333. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00) Total Charges $36.00

AUG 2 9 2005

_Deputy Sheriff_

Deputy Sheriff William J. Carpenito

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              *Signature of Server*


                                          _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.