# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JOSE CARLOS DUARTE,

            Plaintiff,

                                          CIVIL NO. 05-11725-JGD

PUB 106, INC.,

            Defendant,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE DEIN

HILLMAN, M.J.

On   August 8, 2006          I held the following ADR proceeding:

\_\_\_\_   EARLY NEUTRAL EVALUATION       X   MEDIATION
\_\_\_\_   MINI-TRIAL                       \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_   SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

(X)   Settled.  Your clerk should enter a   30    day order of dismissal.
(  )   There was progress.  A further conference has been scheduled for _____.
       unless the case is reported settled prior to that date.
(  )   Further efforts to settle this case at this time are, in my judgment, unlikely to be
       productive.  This case should be restored to your trial list.

August 9,   2006\_\_\_\_\_                    _/s/ Timothy S. Hillman_____
Date                             TIMOTHY S. HILLMAN, M.J.