UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE CARLOS DUARTE,  )<br>  )<br>      Plaintiff,  )<br>  v.  )<br>  )<br>PUB 106, INC. and DANA COLBY,  )<br>  )<br>      Defendants.  ) | CIVIL ACTION<br>NO. 05-11725-JGD |

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on August 9, 2006 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/ s / Jolyne D'Ambrosio
Deputy Clerk

DATED: August 9, 2006