EXHIBIT A
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE CARLOS DUARTE,<br><br>Plaintiff,<br><br>v.<br><br>PUB 106, INC., AND DANA COLBY,<br><br>Defendants. | Civil Action No.<br>05-11725 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned action stipulate that the above-captioned action is hereby dismissed with prejudice.

Respectfully submitted,

| PLAINTIFF JOSE CARLOS DUARTE, | DEFENDANTS PUB 106, INC. and DANA H. COLBY, |
|---|---|
| By her attorneys,<br><br>*/s/ Shannon Liss-Riordan* /MDC<br>Shannon Liss-Riordan, Esq.<br>BBO #640716<br>Hillary Schwab, Esq.<br>BBO #(pending)<br>PYLE, ROME, LICHTEN, EHRENBERG<br>& LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 | By their attorneys,<br><br>*/s/ Donald J. Kaiser*<br>Donald J. Kaiser<br>BBO #256680<br>Reed, Adami & Kaiser, P.C.<br>1325 Belmont Street<br>Brockton, MA 02301-4401<br>(508) 587-1800 |